No. 1101. QUIÑONES, PLAINTIFF AND APPELLANT, *v.* VIVONI, DEFENDANT AND RESPONDENT.—Appeal from the District Court of Mayagüez in an action for recovery on a promissory note. Motion by defendant for a reconsideration of the judgment rendered in this case on May 22, 1914, (*Quiñones v. Vivoni*, 20 P. R. R., 495). Decided August 1, 1914. Reconsideration denied. *Mr. José Benet* for the appellant. *Mr. José de Diego* for the respondent.

---

No. 56. EX PARTE DE JESÚS, PETITIONER.—Application to Mr. Justice Hutchison for a writ of *habeas corpus*. Decided August 15, 1914. Application denied for the reasons stated in the opinion delivered by Mr. Justice Hutchison. *Mr. Manuel Benítez Flores* for the petitioner. *Mr. Jaime Sifre Jr.*, acting *fiscal* of the Supreme Court, for The People. An appeal was taken by the petitioner to the Supreme Court *in banc* and is pending decision.